15972. THIGPEN *v.* THE STATE.

LUKE, J. The evidence amply authorized the defendant's conviction and the charge of the court was full, fair, and not subject to the criticism urged in the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of shooting at another; from Johnson superior court —Judge Kent. September 15, 1924.

*C. S. Claxton, B. B. Blount,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.